3·4·15
15 MJ 256

# FILED
## UNDER
# SEAL

1

FILED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

BY:

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:     2:15-mj-00256-VCF |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| KELLY ANN MOGAVERO | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

    Based on Government's Motion to Seal the Amended Affidavit in the above-captioned

matter and good cause appearing, therefore,

    IT IS SO ORDERED that the Complaint be sealed.


    DATED this 4th day of March, 2015.


                                        _____
                                        United States Magistrate Judge